NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2004-1579

DENNIS N. PIXTON,

Plaintiff-Appellant,

v.

B&B PLASTICS, INC. (doing business as Gambler),
MICHAEL SURMAN, and JOAN BRINGGER
(as personal representative of the estate of Jack Russell Bringger, III),

Defendants-Appellees.

Gayle Halligan, Attorney at Law, of Fort Lauderdale, Florida, argued for plaintiff-appellant.

Jeff M. Brown, Lavalle, Brown, Ronan & Mullins, of Boca Raton, Florida, argued for defendants-appellees.

Appealed from: United States District Court for the Southern District of Florida

Judge Kenneth A. Marra

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2004-1579

DENNIS N. PIXTON,

Plaintiff-Appellant,

v.

B&B PLASTICS, INC. (doing business as Gambler),
MICHAEL SURMAN, and JOAN BRINGGER
(as personal representative of the estate of Jack Russell Bringger, III),

Defendants-Appellees.

# Judgment

ON APPEAL from the     United States District Court
for the Southern District of Florida

in CASE NO(S).        99-CV-6360.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

      Per Curiam (MAYER, LINN, and DYK, Circuit Judges )

           AFFIRMED. See Fed. Cir. R. 36.

           ENTERED BY ORDER OF THE COURT

DATED  April 8, 2010          /s/ Jan Horbaly
                            Jan Horbaly, Clerk